# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH M. SECKEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1909 CEJ |
| | ) | |
| HAZELWOOD BOWL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is a letter received from plaintiff requesting a continuance of the Rule 16 Conference presently set for June 12, 2008. Plaintiff asserts that she will be unable to attend the conference because she will be out of the country on that date.

The plaintiff's request for continuance will be granted in this instance. However, plaintiff is reminded that the Federal Rules of Civil Procedure do not permit parties to communicate with the Court by informal letters. Parties should only address the Court through pleadings and motions. See Fed.R.Civ.P. 7; Local Rule 7-4.04. Additionally, all written communications from plaintiff to the Court must contain a certificate of service or similar statement showing that copies were sent to opposing counsel, because *ex parte* (*i.e.*, one-sided) communications with the Court are prohibited. See Fed.R.Civ.P. 5; Local Rule 7-4.04. Any motion or pleading that does not bear such a

certificate of service or similar statement will not be accepted by the Court and will be returned to plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request for continuance of the Rule 16 Conference [Doc. #16] is **granted**.

**IT IS FURTHER ORDERED** that the Rule 16 Conference is reset for Thursday, June 26, 2008 at 1:30 p.m. in the chambers of Judge Carol E. Jackson.

**IT IS FURTHER ORDERED** that the joint proposed scheduling plan, containing the information described in the Order dated May 2, 2008, is due on Monday, June 16, 2008 **.**


Dated this 21st day of May, 2008.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE