# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JUDITH SECKEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1909 CEJ |
| | ) | |
| HAZELWOOD BOWL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is a forty-two page document filed by plaintiff entitled "amended complaint." The document is not a pleading or a motion, but instead, appears to be a series of letters addressed to the Court detailing plaintiff's purported evidence in support of her lawsuit. Also interspersed in the filing are questions to the Court about how plaintiff should proceed in this matter, as well as documents and/or information that appear to be responsive to discovery requests.

Parties may only address the Court through pleadings and motions. See Fed. R. Civ. P. 7; L.R. E.D. Mo. 7-4.04. Because plaintiff's filing is neither a pleading or motion, the Court will instruct the Clerk of Court to strike the document from the Court's record.

If plaintiff wishes to amend her complaint, she must seek leave to do so in accordance with this Court's Case Management Order and Federal Rule of Civil

Procedure 15, and her filing must conform with the specifications set out in Rule 10 of the Federal Rules. To the extent that plaintiff's filing contains materials relating to discovery, pursuant to Local Rule 3.02, these documents should be provided to opposing counsel, not filed with the Court.

Plaintiff is advised that the Court cannot give her legal advice or advice on how she should proceed with her case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall strike from the record plaintiff's filing entitled "amended complaint" [Doc. #23].

Dated this 29th day of July, 2008.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE